## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

BRIANNA ROBINSON AND
SUNNI LEWIS,

      Plaintiffs,          CASE NO.: 6:2021-cv-01781-PGB-GJK

    v.

CRAFTY CRAB ORLANDO INC.,
HAO CHEN, AND MIN LIN,

      Defendants.

_____

### JOINT NOTICE OF SETTLEMENT

COME NOW the Plaintiffs, BRIANNA ROBINSON and SUNNI LEWIS, and Defendants, CRAFTY CRAB ORLANDO INC. ("CRAFTY CRAB"), HAO CHEN, and MIN LIN, (collectively, the "Parties"), by and through their undersigned attorneys, and hereby serve this notice that the Parties have amicably settled this matter. A Joint Motion for Approval with Settlement Agreement will be filed contemporaneously with this Notice.

**Dated:  January 25, 2022**

Respectfully submitted,

| | |
|---|---|
| */s/ N. Ryan LaBar, Esq.* | TODD W. SHULBY, P.A. |
| N. RYAN LABAR, ESQ. | Todd W. Shulby, Esq. |
| Florida Bar No.: 0010535 | 1792 Bell Tower Lane |
| Email: rlabar@labaradams.com | Weston, Florida 33326 |
| SCOTT C. ADAMS, ESQ. | Telephone: (954) 530-2236 |
| LABAR & ADAMS, P.A. | Facsimile: (954) 530-6628 |
| 2300 East Concord Street | E-mail: tshulby@shulbylaw.com |
| Orlando, Florida 32803 | Counsel for Defendants |
| (407) 835-8968 (phone) | By:  */s/Todd W. Shulby, Esq.* |
| (407) 835-8969 (facsimile) | Florida Bar No.: 068365 |