UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRIANNA ROBINSON and**
**SUNNI LEWIS,**

        **Plaintiffs,**

v.                                                  **Case No: 6:21-cv-1781-PGB-GJK**

**CRAFTY CRAB ORLANDO,**
**INC., HAO CHEN and MIN LIN,**

        **Defendants.**
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion for Approval of Fair Labor Standards Act Settlement and Dismissal With Prejudice filed January 25, 2022. (Doc. 17 (the "**Motion**")). The Motion includes as an exhibit the parties' agreed upon settlement terms (Doc. 17-1 (the "**Agreement**")). Magistrate Judge David A. Baker submitted a Report recommending that the Motion be granted. (Doc. 18). The parties have filed a joint notice of non-objection (Doc. 19), making this matter ripe to be ruled upon.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation filed January 27, 2022 (Doc. 18), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The parties' Motion (Doc. 17) is **GRANTED**;

3. The Court **APPROVES** the parties' Agreement (Doc. 30-1) and **FINDS** it is fair and reasonable as a resolution of Plaintiff's claims under the Fair Labor Standards Act;

4. The case is **DISMISSED WITH PREJUDICE**; and

5. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 30, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2